JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES MCNABB,<br><br>            Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:22-cv-01055-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from February 1, 2023 to April 3, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of January 31, 2023 and February 6, 2023, Counsel currently has 32 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

1  Counsel for Plaintiff is currently taking partial leave as his child was born on October 14,
2  2022. Thus, Counsel is working limited hours for the months of December 2022 through March
3  2023 (with a possible extension of parental leave).
4  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
5  and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 26, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: January 26, 2023        PHILLIP A. TALBERT
                               United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation
                               Social Security Administration


By:  */s/  Ellinor R. Coder*
     Ellinor R. Coder
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on Jan. 26, 2023)

**ORDER**

Based on the above stipulation (ECF No. 14), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than April 3, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **January 30, 2023**            /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE